THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| NORMA HERNANDEZ-ORTIZ<br>7814 Sutter Lane<br>Annandale, VA 22003<br><br>**Plaintiff**<br><br>vs.<br><br>**EMMANUEL ADESIDA OLANREWAJU**<br>7819 Mandan Road, Apt. 201<br>Greenbelt, MD 20770<br><br>and<br><br>**UBER TECHNOLOGIES INC.**<br>1455 Market Street, 4th Floor<br>San Francisco, CA, 94103<br><br>**Serve Registered Agent:**<br>**CT Corporation System**<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060<br><br>and<br><br>**RASIER, LLC**<br>1455 Market Street, 4th Floor<br>San Francisco, CA, 94103<br><br>**Serve Registered Agent:**<br>**CT Corporation System**<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060<br><br>**Defendants** | Case No. _____ |

## **COMPLAINT**

NOW COMES the Plaintiff, NORMA HERNANDEZ-ORTIZ, by counsel, and moves this Court for judgment against the Defendants, EMMANUEL ADESIDA OLANREWAJU, UBER TECHNOLOGIES INC., and RASIER, LLC, and as grounds therefore states as follows:

### **Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

2. The Plaintiff, NORMA HERNANDEZ-ORTIZ, is a citizen of the Commonwealth of Virginia.

3. The Defendant, EMMANUEL ADESIDA OLANREWAJU, is a citizen of the State of Maryland.

4. The Defendant, UBER TECHNOLOGIES INC., is incorporated under the laws of the State of Delaware, and maintains its principal place of business in the State of California

5. The Defendant, RASIER, LLC, maintains its principal place of business in the State of California.

6. Plaintiff's *ad damnum* seek damages in excess of the Seventy-Five Thousand Dollar ($75,000.00) amount-in-controversy requirement.

## Negligence

7. On or about June 30, 2020, Plaintiff was a passenger in an motor vehicle operated by the Defendant, EMMANUEL ADESIDA OLANREWAJU at, or near, 3407 Carlin Springs Road, Falls Church, Virginia.

8. At that same time and place, the Defendant, EMMANUEL ADESIDA OLANREWAJU, was operating the motor vehicle, individually, and as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC.

9. As the Plaintiff was exiting the vehicle, the Defendant, EMMANUEL ADESIDA OLANREWAJU, was operating the motor vehicle, individually, and as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, accelerated and dragged the Plaintiff, causing her bodily injury.

10. The Defendant, EMMANUEL ADESIDA OLANREWAJU, individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, owed the Plaintiff a duty to operate his vehicle without negligence, and with due regard for the laws of the Commonwealth of Virginia.

11. This collision would not have occurred but for the fact that Defendant, EMMANUEL

ADESIDA OLANREWAJU, individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, was negligent in that he failed to pay full time and attention to his driving, failed to keep a proper lookout, was speeding, was traveling too fast for roadway conditions, failed to allow the Plaintiff to exit the vehicle before pulling away, failed to keep his vehicle under proper control, failed to operate his vehicle at a reasonable speed under the existing conditions, drove his vehicle in a careless, reckless and negligent manner, and/or negligently disregarded the traffic regulations of the Commonwealth of Virginia then and there in full force and effect.

12. As a direct and proximate result of the aforesaid negligence of the Defendant, EMMANUEL ADESIDA OLANREWAJU, individually, and/or as servant, agent and/or employee of the Defendant, UBER TECHNOLOGIES INC., and/or the Defendant, RASIER, LLC, the Plaintiff sustained severe past, present and/or future bodily injuries, some of which are permanent; suffered and shall continue to suffer great pain and suffering of body and mind; suffered inconvenience; suffered and shall continue to suffer interference with activities of daily living; Plaintiff incurred and shall incur medical expenses and other out of pocket expenses; and Plaintiff has incurred past, present and future loss of wages and/or business opportunities.

13. The resulting injuries and damages could have been reasonably foreseen and avoided by exercise of reasonable care and prudence.

WHEREFORE, the premises considered, Plaintiff, NORMA HERNANDEZ-ORTIZ, moves for entry of judgment against the Defendants, EMMANUEL ADESIDA OLANREWAJU, UBER TECHNOLOGIES INC., and RASIER, LLC, *jointly and severally*, in the amount of Two Million Dollars ($2,000,000.00), plus costs and interest from June 30, 2020, and for such other and further relief as the Court deems just and appropriate.

                                            NORMA HERNANDEZ-ORTIZ
                                            By Counsel

Respectfully submitted,

THE LAW OFFICES OF ANDREW S. KASMER, P.C.

*/s/ John Robert Kelly*

_____
John Robert Kelly, Esquire
VSB No. 85967
4020 University Drive
Suite 501
Fairfax, VA 22030
(703) 385-1701 - telephone
(703) 385-1120 - facsimile
jrkellylaw@hotmail.com
Counsel for Plaintiff

## **JURY DEMAND**

    Plaintiff demands a jury trial on all issues presented herein.

                                            */s/ John Robert Kelly*
                                      _____
                                      John Robert Kelly, Esquire